**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Sparks et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **07 C 6562** |
| | ) | |
| **v.** | ) | **Judge Pallmeyer** |
| | ) | **Magistrate Judge Soat Brown** |
| **City of Chicago, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION FOR AN EXTENSION**
**OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago, by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, moves this Court for an extension of time to answer or otherwise plead. In support of this motion, Defendant states:

1.     The undersigned counsel for Defendant City of Chicago were only recently assigned to this case. The City has filed an appearance in this case, although it is not clear if service has actually been made on the City.

2.     In this complaint, Plaintiff sues the City and two individual defendant officers. To date, the individual defendants have not filed an appearance.

3.     The City needs additional time to review the complaint and relevant documents, if any, in order to answer or otherwise plead. Counsel for the City has discussed this matter with counsel for plaintiff and plaintiff does not oppose this motion.

4.     Accordingly, the City requests that it be until March 4, 2008, to answer or otherwise plead. Additionally, the City requests that the date for filing a planning report be vacated and reset until after all parties have been served and appeared in this case. Finally, the

City asks that pre-trial conference date of March 5, 2008, be vacated and reset.

5.      This motion is not brought for any improper purpose or delay.

**WHEREFORE**, the City respectfully requests that this Court grant it until March 4, 2008

to answer or otherwise plead.

**DATED: FEBRUARY 1, 2008**

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel

By:     /s/ Diane S. Cohen
Diane S. Cohen
Peter Ahmadian
Assistants Corporation Counsel

30 N. La Salle, Ste. 1020
Chicago, Illinois 60602
(312) 744-2836/0898

**CERTIFICATE OF SERVICE**

I, Diane Cohen, an attorney, hereby certify that pursuant to Local Rule 5.9, in accordance with the U.S. District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, Defendant's Motion for Extension of Time, February 1, 2008, to:

D'Anthony Thedford
6133 S. Ellis
Chicago, IL 60637

By: /s/Diane Cohen
DIANE COHEN