IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Sparks et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6562 |
| | ) | |
| v. | ) | **Judge Pallmeyer** |
| | ) | **Magistrate Judge Soat Brown** |
| **City of Chicago, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF UNOPPOSED MOTION

**TO**: See Certificate of Service

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **DEFENDANT CITY'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.**

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Pallmeyer, or before such other judge sitting in her place, on the 6th day of February 2008, at 8:45 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED**: FEBRUARY 1, 2008

                                                       /S/Diane S. Cohen
                                                       DIANE S. COHEN
                                                       Assistant Corporation Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois  60602
312/744-2836