# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6562 | **DATE** | 2/6/2008 |
| **CASE TITLE** | Christopher Sparks vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant City of Chicago's unopposed motion for an extension of time to answer or otherwise plead [10] granted to and including 3/4/2008. Rule 16 conference set for 3/5/2008 is stricken and reset to 3/18/2008 at 9:00 a.m.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|