IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SPARKS, | ) | |
| | ) | No. 07 C 6562 |
| Plaintiff, | ) | |
| v. | ) | Judge Pallmeyer |
| | ) | |
| CITY OF CHICAGO, and CHICAGO | ) | Magistrate Judge Brown |
| POLICE OFFICERS M. MULDOON | ) | |
| (#17658) and P. BURG (#8204), | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   D'Anthony V. Thedford
      Law Offices of Tony Thedford
      6133 South Ellis
      Chicago, Illinois 60637

**PLEASE TAKE NOTICE** that on this 4th day of March 2008, I have caused to be electronically-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

**I HEREBY CERTIFY** that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 4th day of March 2008.

                                        Respectfully submitted,

                                        MARA S. GEORGES
                                        Corporation Counsel
                                        of the City of Chicago

                             BY    *s/ Peter Ahmadian*
                                        PETER AHMADIAN
                                        Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-0898
Attorney No. 6280776