UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SPARKS | ) | |
| plaintiff, | ) | |
| vs. | ) | No.   07 C 6562 |
| | ) | Judge Pallmeyer |
| CITY OF CHICAGO, CHICAGO POLICE OFFICERS M. MULDOON AND P. BURG | ) | Magistrate Judge Soat Brown |
| defendants. | ) | |

### REPORT OF PARTIES PLANNING MEETING

1. **Meeting.** Pursuant to FED. R. CIV. P. 26(f), a meeting was held on March 17, 2008 via telephone conference and was attended by:
   **Tony Thedford** for plaintiff
   **Peter A. Ahmadian** for defendant City of Chicago
   **Patricia Jo Kendall** for defendant Officers
2. **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan:

   **a.** Discovery will be needed on the following subjects:
   1. The name, address and phone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.
   2. A copy of, or description by category and location of, all documents, data compilations and tangible things in the possession, custody and control of the party that are relevant to the disputed facts.
   3. Any complaints of misconduct in the past ten (10) years made against any of the responding AND/OR defendant police officers, including any pending complaints. Any information regarding Monell policy claim.
   4. Any and all information regarding damages.

1

    **b.** Disclosures pursuant to FED. R. P. 26(a)(1) to be made by April 18, 2008. All discovery to be commenced in time to be completed by July 17, 2008.

    **c.** The parties expect they will need approximately four depositions.

    **d.** Reports from retained experts under Rule 26 (a)(2) due:
        From plaintiff by June 16, 2008
        From defendant officers by July 17, 2008
        From defendant City by August 19, 2008

    **e.** Parties should be allowed until May 10, 2008 to join additional parties and to amend pleadings.

    **f.** All potentially dispositive motions should be filed by August 19, 2008.

    **g.** Final pretrial order: Plaintiff to prepare proposed draft by 30 days after Court's ruling on motions; parties to file joint final pretrial order 14 days thereafter

    **h.** The case should be ready for trial by October 1, 2008 and trial is expected to take five days.

3. **Settlement**. Plaintiff has made an oral settlement demand.

4. **Consent**. Parties do not consent unanimously to proceed before a Magistrate Judge.


Date: March 17, 2008                    /s/ Tony Thedford
                                              Attorney for Plaintiff

/s/ Peter Ahmadian                /s/ Patricia Jo Kendall
Attorney for Defendant City        Attorney for Defendant Officers