# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Christopher Sparks

                        Plaintiff,

v.                                  Case No.: 1:07–cv–06562

                                  Honorable Rebecca R. Pallmeyer

City Of Chicago, et al.

                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

       Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Geraldine Soat Brown for the purpose of holding proceedings related to: settlement conference.(etv, )Mailed notice.

Dated: March 18, 2008

                                  /s/ Rebecca R. Pallmeyer

                                  United States District Judge