## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6562 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Christopher Sparks vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Rule 16 conference held on 3/18/2008. Rule 26(a)(1) disclosures to be made by 4/18/2008. Plaintiff is given to and including 5/10/2008 to amend all pleadings, and to 5/10/2008 to add any additional parties. Defendant is given to and including 5/10/2008 to amend all pleadings, and to 5/10/2008 to add any additional parties. Reports from retained experts under Rule 26(a)(2) due from plaintiff by 6/16/2008; from defendant officers by 7/17/2008; from defendant City by 8/19/2008. Status hearing set for 5/27/2008 at 09:00 AM. Discovery ordered closed by 7/17/2008. Dispositive motions with supporting memoranda due by 8/19/2008. Referral to Magistrate Judge Brown for settlement conference, to be held after 26(a)(1) disclosures.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | ETV |
|---|---|---|