IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SPARKS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CITY OF CHICAGO, and CHICAGO )<br>POLICE OFFICERS M. MULDOON )<br>(#17658) and P. BURG (#8204), )<br>)<br>Defendants. ) | No. 07 C 6562<br><br>Judge Pallmeyer<br><br>Magistrate Judge Brown |

**Parties Initial Status Report**

Pursuant to this Court's Standing Order on Initial Status, the parties submit the following Status Report in advance of the status hearing set for April 11, 2008 at 9:00 a.m.

1. This case has been referred to this Court for purposes of settlement conference.

2. Plaintiff brings this case pursuant to 42 U.S.C. § 1983 and state law. Under § 1983 plaintiff alleges the following claims: Count I - false arrest against the police officers, Count II – conspiracy against the police officers, Count III – a Monell policy claim against the City of Chicago. Plaintiff alleges the following state law claims against all defendants: Count IV – malicious prosecution and Count V – false arrest.

3. Plaintiff was arrested and charged with possession of an unregistered handgun. Plaintiff claims he was arrested without probable cause.

4. This case has only just begun and to date there has been no discovery conducted. At the initial status hearing, Judge Pallmeyer set a discovery closure date of July 17, 2008 and immediately referred this matter to this court for possible settlement conference to be held after the exchange of Rule 26 (a)(1) disclosures. These disclosures are to be made by April 18, 2008. (dckt. # 18).

5. At this time the parties have not consented to trial before the magistrate.

6. The parties have exchanged a preliminary settlement demand and offer.


__s/ Peter Ahmadian_____
PETER AHMADIAN
Assistant Corporation Counsel
Attorney for Defendant City of Chicago
30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-0898

__s/ Patricia J. Kendall_____
PATRICIA J. KENDALL
Assistant Corporation Counsel
Attorney for Defendants Muldoon and Burg
30 N. LaSalle Street - Suite 1400
Chicago, Illinois  60602
(312) 744-5170

__s/ Tony Thedford_____
TONY THEDFORD
Law Offices of Tony Thedford
Attorney for Plaintiff
6133 S. Ellis
Chicago, Illinois  60637
(773) 752-6950