# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Christopher Sparks

                Plaintiff,

v.                                              Case No.: 1:07−cv−06562
                                                  Honorable Rebecca R. Pallmeyer

City Of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2008:

      MINUTE entry before Judge Honorable Geraldine Soat Brown:Status hearing held. Settlement conference set for 05/06/08 at 10:30 a.m. Plaintiff shall serve the settlement letter on defendants pursuant to paragraph one of this Court's standing order for settlement conference by 04/25/08. The defendants shall serve the responsive letter to the plaintiffs settlement letter by 05/02/08. Plaintiffs counsel shall fax or deliver copies of the letters to this Courts courtroom deputy by 05/02/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.