# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6562 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Christopher Sparks vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

No one appears for status hearing. Status hearing reset to 6/3/2008 at 9:00.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|