Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6562 | DATE | 6/13/2008 |
| CASE TITLE | Christopher Sparks, et al vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

All of the claims of Plaintiff, Christopher Sparks, against defendants, City of Chicago, and Officer Michael Muldoon and Officer Paul Berg, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement. Status hearing set for 6/17/2008 is stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|