IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTOPHER SPARKS,           )
                              )
        Plaintiff,            )
                              )
vs.                           )   No.   07 C 6562
                              )
CITY OF CHICAGO, and CHICAGO  )   Judge Pallmeyer
POLICE OFFICERS M. MULDOON    )
(#17658) AND P. BURG (#8204), )   Magistrate Judge Brown
                              )
        Defendants.           )

**FILED**
JUN 1 3 2008
JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT COURT

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
TONY THEDFORD
Attorney for plaintiff,
Christopher Sparks
6133 S. Ellis
Chicago, IL 60637
(773) 752-6950
Attorney No. 6239316

Date: 6/10/08

_____
PATRICIA J. KENDALL
Assistant Corporation Counsel
Attorney for defendants
OFFICER MICHAEL MULDOON
OFFICER PAUL BURG
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-5170
Attorney No. 06195253
Date: 6/12/08

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
DIANE COHEN
Senior Corporation Counsel
30 N. LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 744-2836
Attorney No. 06199493

Date: 6-12-08