IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SPARKS, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )   No.   07 C 6562<br>) |
| CITY OF CHICAGO, And CHICAGO POLICE OFFICERS M. MULDOON (#17658) and P. BURG (#8204), | )   Judge Pallmeyer<br>)<br>)   Magistrate Judge Brown<br>) |
| Defendants. | ) |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Christopher Sparks, by his attorney, Tony Thedford, and defendants, Officer Michael Muldoon and Officer Paul Burg, by one of their attorneys, Patricia J. Kendall, Assistant Corporation Counsel, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Christopher Sparks, against defendants, City of Chicago, and Officer Michael Muldoon and Officer Paul Burg, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _/s/ Rebecca Pallmeyer_
The Honorable Judge Pallmeyer
United States District Judge

DATED: _June 13, 2008_

PATRICIA J. KENDALL
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-5170
Attorney No. 06195253